UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY KIRKMAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>EXPLORICA, INC.,<br><br>          Defendant. | Civil Action No. 09-10945 |

**CORPORATE DISCLOSURE STATEMENT**

     Pursuant to Local Rule 7.3 of the United States District Court, District of Massachusetts, defendant Explorica, Inc. ("Explorica"), by its undersigned counsel, states that it is a privately held company.  Explorica has no parent companies, subsidiaries or affiliates with shares issued to the public.

Dated: June 4, 2009

Respectfully submitted,

EXPLORICA, INC.

By its attorneys,

/s/ James W. Nagle
James W. Nagle (BBO # 366540)
Beth A. Norton (BBO # 664580)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
T:(617) 570-1000
F: (617) 523-1231
jnagle@goodwinprocter.com
bnorton@goodwinprocter.com

LIBB/1645717.1

## CERTIFICATE OF SERVICE

    I, James W. Nagle, hereby certify that this Corporate Disclosure Statement filed through the ECF system will be sent electronically to the registered parties as identified on the Notice of Electronic Filing (NEF) on June 4, 2009.

                                               /s/ James W. Nagle